UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:15-CR-212-FL

|                              |   |        |
|------------------------------|---|--------|
| UNITED STATES OF AMERICA     | ) |        |
|                              | ) |        |
| V.                           | ) | **ORDER** |
|                              | ) |        |
| SEAN ALEXANDER HAYNES        | ) |        |
| Defendant.                   | ) |        |

This matter is before the Court on Defendant's motion to seal. For good cause shown and in compliance with Local Criminal Rule 32.2(j), the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached order and sentencing memorandum/motion for variance shall be filed under seal.

This the 5th day of July, 2016.

_____
HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE